STATE v. So. EXPRESS Co., from Burke; *Attorney-General,* for State; *J. C. Martin,* for defendant.    *Per Curiam:* Affirmed.

STATE v. JOHN BRUCE ET AL., from Polk; *Attorney-General,* for State; no counsel for defendant.    *Per Curiam:* Affirmed.

T. G. BARKER v. So. RY. Co., from Henderson (two appeals); *Smith & Valentine,* for plaintiff; *G. F. Bason* and *F. H. Busbee,* for defendant.    *Per Curiam:* Affirmed.

CHARLES SUNOFSKI v. RHETT, from Henderson; *H. G. Ewart,* for plaintiff; *Smith & Valentine,* for defendant.    *Per Curiam:* Affirmed.

G. R. WESTFELDT v. W. S. ADAMS, from Swain; *F. A. Sondley* and *J. C. Martin,* for plaintiff; *Merrimon & Merrimon, Shepherd* and *J. J. Hooker,* for defendant.    *Per Curiam:* Petition of plaintiff to rehear dismissed.

M. L. WILLIS v. CORUNDUM MINING Co., from Macon; *S. L. Kelly* and *J. F. Ray,* for plaintiff; *Elias, J. W. Ferguson* and *Shepherd,* for defendant.    *Per Curiam:* Affirmed.

D. W. BELDING v. R. N. ARCHER, from Clay; *Merrimon & Merrimon* and *Shepherd,* for plaintiff; *Davidson, Thomas A. Jones, C. B. Matthews* and *Busbee & Busbee,* for defendant. *Per Curiam:* Plaintiff's petition to rehear dismissed.

HARRIS v. QUARRY Co., from Henderson. Motion by *A. S. Barnard,* for defendant, to correct judgment of this court denied, on authority of *Barnhardt v. Brown,* 118 N. C., 710.